**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8037**

ZANE A. JOHNSON,

                    Plaintiff - Appellant,

          v.

STEVE BAILEY; ROBERT C. LEWIS; KEITH WHITENER; CARLOS
HERNANDEZ; ROSAMUEL DAWKINS; DOUG WALKER; FNU EVANS; FNU
KIRBY; FNU CHRISTOPHER,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:09-cv-00109-GCM)

Submitted:  February 18, 2010        Decided:  February 26, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zane A. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zane A. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Johnson's motion for appointment of counsel and affirm for the reasons stated by the district court. Johnson v. Bailey, No. 5:09-cv-00109-GCM (W.D.N.C. Oct. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED